CLERK OFFICE

FEB 18 2025 PM 1:36
FILED - USDC - FLMT - TPA

With all my respect, I am writing this few words to ask for a little help about this case: 8:21-CR-349-KKM-CPT

I'am requesting information about my Motion 821 Zero point-offender. That I send it to the Honorable Judge, but is been past more than 3 months all ready and haven't hear nothing at all during this long time it is stressen me a lot on my daily living as a human been and been and inmate it is real ugly inside my head. But if is not in Your hands this matter. Can you please tell me what I need to do, or who I suppose to need to write for that information the my Motion of me. That I send to your address about close almost more the 3 months. I Apologize for direct this request to this office. Thank you so much for your time.

GOD BLESS ALL OF YOU.

Sincerilly    : X Gean Carlos Pacho Pinto

Name         : Gean Carlos Pachopinto

Inmate Number : 03402-506