AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Octavio Osuna-Osorio | ) | Case No: _____ 8:21-cr-349-KKM-CPT _____ |
| | ) | USM No: _____ 03400-506 _____ |
| Date of Original Judgment: August 8, 2022 | ) | |
| Date of Previous Amended Judgment _____ | ) | _____ Sonthonax B. SaintGermain _____ |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☒ DENIED for the reasons stated in probation's memorandum (Doc. 221) and defense counsel's notice (Doc. 231).

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   August 8, 2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ July 18, 2025 _____

Kathryn Kimball Mizelle
United States District Judge

Effective Date: _____
*(if different from order date)*